1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANA MARGARITA GARCIA SOBERANES,<br><br>　　　　　Defendant. | CASE NO.: 23CR2388-W<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE STATUS HEARING |

**IT IS HEREBY ORDERED** that the Status Hearing set for January 8, 2024, at 9:00 a.m. be continued to February 26, 2024, at 9:00 a.m.

The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated:＿＿＿1/3/24＿＿＿　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**HONORABLE THOMAS J. WHELAN**
UNITED STATES DISTRICT JUDGE